UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| EDMUND M. ABORDO,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY O'DELL, Warden,<br><br>Respondent. | Civil No. 00-2147 (DWF/FLN)<br><br>ORDER GRANTING EX PARTE MOTION TO EXTEND TIME TO FILE RESPONSE |

ORDER GRANTING RESPONDENT'S EX-PARTE MOTION TO EXTEND TIME TO ANSWER PETITION FOR WRIT OF HABEAS

The Court, having reviewed the Respondent's Ex Parte Motion To Extend Time To File Answer to Petition for Writ of Habeas Corpus, filed herein on ____________, _____, and the Affidavit of Bryan C. Yee attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that Respondent Timothy O'Dell's ex parte motion to extend time is GRANTED and that the Respondent's response to Petitioner Writ of Habeas Corpus and Subjiciendum shall be filed by November 17, 2000.

Dated at Nov. 6, 2000, ______________.

[signature]

THE HONORABLE FRANKLIN L. NOEL
Chief Magistrate Judge

NOV 07 2000
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________