UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edmund M. Abordo,

Petitioner,

vs.

Timothy O'Dell, Warden,

Defendant.

Civil 00-2147 DWF/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 28, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's motion to strike pro hac vice pleadings from the record and to take judicial notice [#8] is DENIED;

2. Petitioner's motion to grant the writ for failure of respondent to answer court's order [#9] is DENIED; and

3. Petitioner's motion to grant relief of habeas corpus petition [#12] is DENIED.

DATED: March 21, 2001.

JUDGE DONOVAN W. FRANK
United States District Court

MAR 21 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK