**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EDMUND M. ABORDO, Civil No. 00-2147 (DWF/FLN)

Petitioner,

v. **ORDER**

TIMOTHY O'DELL, Warden,

Respondent.

---

Edmund M. Abordo, Pro Se, #A0080735, Florence Correctional Facility, Box 6900, Florence, AZ 85232, Petitioner.

John W. Riches, Esq., Prairie Correctional Facility, Staff Personnel, P.O. Box 157, Appleton, MN 56208-0157 and Bryan C. Yee, Esq., Hawaii Attorney General's Office, 465 King Street South, Room B-2, Honolulu, HA 96813, counsel for Respondent.

---

This matter is before the Court upon Petitioner's motion to stay the proceedings in the above-entitled matter for the express purpose of considering the untimely objections filed by the Petitioner to Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated February 15, 2001, and filed on February 16, 2001. Petitioner alleges that it was the Respondent that lost or misplaced the Petitioner's objections. To that extent, the Petitioner has moved the Court for an order allowing the Petitioner to object to Chief Magistrate Judge Noel's Report and Recommendation and to amend the prior judgment accordingly.

The Court has two Report and Recommendations before it. First, as noted above, the Court has the Report and Recommendation of Chief Magistrate Judge Franklin L. Noel dated February 15,

FILED APR 17 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

2001, and filed on February 16, 2001. The Court has a second report before it entitled Supplemental Report and Recommendation, filed on February 28, 2001. As that Report and Recommendation notes at footnote 1, page 2, the February 15, 2001, Report and Recommendation incorrectly noted that Petitioner filed his application for habeas corpus relief under 28 U.S.C. § 2254 instead of 28 U.S.C. § 2241. *See Abordo v. O'Dell*, Report and Recommendation, Civil File No. 00-2147 at 1. Chief Magistrate Judge Noel affirmatively states that his recommendation that Petitioner's application for habeas corpus relief be dismissed with prejudice is nonetheless unaffected. This Court concurs.

The Court has again conducted a *de novo* review of the record in the context of the objections filed by the Petitioner, those objections being five pages in length. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the parties, specifically the objections filed by the Petitioner, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Petitioner's motion for the Court to receive and allow the objections made to Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated February 15, 2001 (Doc. No. 19), is **GRANTED**. To the extent that the Court has granted this motion, the Court has considered the objections made by the Petitioner and conducted a *de novo* review of the record.

2. Petitioner's motion to amend the Court's Order of March 21, 2001 (Doc. No. 25), is respectfully **DENIED**.

3. Petitioner's motion to strike pro hac vice pleadings from the record and to take judicial notice (Doc. No. 8) is **DENIED**.

4. Petitioner's motion to grant the writ for failure of Respondent to answer the Court's Order (Doc. No. 9) is **DENIED**.

5. Petitioner's motion to grant relief of habeas corpus petition (Doc. No. 12) is **DENIED**.

6. Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated February 15, 2001, and filed on February 16, 2001 (Doc. No. 20) is **ADOPTED**.

7. Petitioner's application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: April 16, 2001

DONOVAN W. FRANK
Judge of United States District Court