# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Edmund M. Abordo

Plaintiff

v.

Timothy O'Dell

Defendants

Case No. Civil 00-2147 DWF/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner's motion for the court to receive and allow the objections to the Report and Recommendation is granted. Petitioner's motion to amend the court's order of 3/21/01 is denied. Petitioner's motion to strike pro hac vice pleadings from the record and to take judicial notice is denied. Petitioner's motion to grant the writ for failure of respondent to answer the court's order is denied. Petitioner's motion to grant relief of habeas corpus petition is denied. Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated 2/15/01 and filed on 2/16/01 is adopted. Petitioner's application for a writ of habeas corpus is dismissed with prejudice.

DATE: April 17, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

27